IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PROCEEDINGS BEFORE MAGISTRATE JUDGE _Lauck_ DATE: _4/20/11_

CASE NO. _11CR21_  INTERPRETER _____

Tape NO. _FTR_

U.S. V. _Barry Woodbury_

Counsel for Government _Michael Jagels_

Counsel for Defendant(s) _____

WITNESSES: _____

PROCEEDINGS: INITIAL APPEARANCE _✓_ DETENTION HEARING ___

- ___ Govt's motion to unseal indictment, granted
- _✓_ ARREST DATE _4/20/11_
- _✓_ Court summarized charges
- _✓_ Court advises of deft's Rule 5 rights
- _✓_ Financial Affidavit submitted for approval
- _✓_ CJA counsel to be appointed
- ___ Deft. to retain counsel
- _✓_ Govt's motion to detain deft. _✓_ granted ___ denied
- ___ Deft requests continuance to prepare for detention hearing
- ___ Govt. requests continuance to prepare for detention hearing
- _✓_ Detention hearing set for _4/25/11 at 12:45 PM_
- _✓_ Order of Temporary Detention pending hearing
- ___ Govt. adduced evidence, rested
- ___ Deft. adduced evidence, rested
- ___ Arguments heard
- ___ Findings stated from the bench

_____    Order of Detention Pending Trial
_____    Court: Orders bond set at _____

_____ Residence/travel restricted to EDVA
_____ Pretrial Supervision
_____ No drugs, firearms, alcohol
_____ Maintain/seek employment
_____ Avoid contact with potential witnesses, victims, etc.
_____ substance abuse testing and treatment; pay costs
_____ Electronic monitoring; pay costs
_____ 3rd party custodian
_____ Maintain contact with attorney
_____ Surrender passport   _____ obtain no passport
_____ If deft pleads guilty or found guilty report to PO
_____ May report to AUSA as long as attorney is present
_____ Remain inside and may only leave with approval of Pretrial
_____ Additional conditions:

_____
_____
_____

Detention hearing / Arraignment set
for April 25, 2011 at 12:45 pm
Deft remanded to custody

Case set: _____   Case called: 11.51   Case ended: 11.54   Total: .05