IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11CR21 |
| | ) | |
| BARRY W. WOODBURY | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' PROPOSED WITNESS LIST**

The following is a list of expected witnesses to be called by the United States in the above matter:

1. Officer Jon Bridges, Richmond City Police Department

2. Officer Clyde Lindsey, Richmond City Police Department

3. Officer Lamont Carey, Richmond City Police Department

4. Sergeant Michael Lewandoski, Richmond City Police Department

5. Special Agent Joseph Bradley, ATF

6. Wendy Cohn, Virginia Department of Forensic Science

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____/s/_____
Michael A. Jagels
Special Assistant United States Attorney
Virginia Bar Number 38262
United States Attorney's Office
Eastern District of Virginia, Richmond Division
600 E. Main Street, Suite 1800
Richmond, Virginia 23219
804-819-5400
804-771-2316 (f)
Michael.A.Jagels@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

By: _____/s/_____
Michael A. Jagels
Special Assistant United States Attorney
Virginia Bar Number 38262
United States Attorney's Office
Eastern District of Virginia, Richmond Division
600 E. Main Street, Suite 1800
Richmond, Virginia 23219
804-819-5400
804-771-2316 (f)
Michael.A.Jagels@usdoj.gov