IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:11CR21 |
| | ) | |
| BARRY W. WOODBURY | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED EXHIBIT LIST OF THE UNITED STATES**

| Exhibit No. | Description |
|:---:|---|
| 1 | Photo–Apartment Building |
| 2 | Photo–Residence |
| 3 | Photo–Firearm |
| 4 | Hawes .357 caliber revolver |
| 5 | Ammunition |
| 6 | Buccal Swab–Woodbury |
| 7 | Buccal Swab–Barlow |
| 8 | Buccal Swab–Taylor |
| 9 | DNA certificate of analysis |
| 10 | Stipulation. |
| 11 | Reserved. |
| 12 | Reserved. |

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____/s/_____
Michael A. Jagels
Virginia Bar Number: 38262
Special Assistant United States Attorney
Office of United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Phone: 804-819-5400
Fax: 804-771-2316
michael.a.jagels@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

By: _____/s/_____
Michael A. Jagels
Virginia Bar Number: 38262
Special Assistant United States Attorney
Office of United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Phone: 804-819-5400
Fax: 804-771-2316
michael.a.jagels@usdoj.gov