IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
JUN 2 8 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA

v.                                                Criminal No. 3:11CR21

BARRY W. WOODBURY

**VERDICT FORM**

We, the jury, unanimously find the defendant, BARRY W. WOODBURY,

**Count One**

__GUILTY_____ as charged in Count One of the Indictment.
(Guilty or Not Guilty)

So, Say We All, this 28 day of June, 2011.

```
Pursuant to the E-Govt Act, the
original of this page has been filed
under seal in the Clerk's Office.
```