# SENTENCING MINUTES

DATE: 10/11/11   CASE NUMBER: 3:11CR21

JUDGE: Gibney   CT REPORTER: G. Halasz, OCR

INTERPRETER: _____

UNITED STATES OF AMERICA   Michael A. Jagels, AUSA

v.                         COUNSEL

Barry W. Woodbury          Matthew T. Paulk, ESQ.

SENTENCING ON COUNT(S): 1   ( ) Criminal Information  (✓) Indictment  ( ) Superseding Ind.

PRELIMINARY MATTERS: _____

OBJECTIONS TO PSR: none; adopted as tendered

STATEMENTS MADE BY: GOV'T (✓)  DEFENSE COUNSEL (✓)  DEFT ( )

ON MOTION OF GOV'T, ( ) INDICTMENT ( ) REMAINING CTS. DISMISSED.

DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION
ON: _____  BY: _____
( )  IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today (✓)

DEFT REMANDED TO CUSTODY (✓)

CASE SET: 9:00am   BEGAN: 9:07am   ENDED: 9:37am   TIME IN COURT: 30 mins.

PAGE TWO (2)

**SENTENCE TEXT**

COUNT __1__    IMPRISONMENT __70__ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE (✓)

SUPERVISED RELEASE __3__ YEARS

PROBATION _____ YEARS

FINE $_____   (✓) Fine not imposed

SPECIAL ASSESSMENT $ __100__ due immediately

COUNT _____    IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

COUNT _____    IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE** (✓)

**RESTITUTION ORDERED:** _____

**RECOMMENDATION(S) TO BOP:**
(✓) Designate dft. to a facility near family   (✓) Designate dft. to __Petersburg__ FCI *or other nearby facility*
( ) SHOCK Incarceration Program   ( ) BRAVE Program
(✓) Educational / Vocational training   (✓) BOP 500-hr intensive drug treatment program, *if qualifies &*
( ) UNICOR program ( ) with _____ portion of earnings directed to child support   *volunteers*
( ) OTHER:_____

PAGE THREE (3)

**SPECIAL CONDITIONS of Probation / Supervised Release:**

✓ (1) Incur no new credit without approval of probation officer
✓ (2) Provide probation officer with access to financial information
___ (3) Perform community service _____ HOURS during period of supervision
✓ (4) Participate in drug/alcohol treatment; ✓ Pay cost of treatment (+ must include drug testing)
✓ (5) Participate in mental health treatment; ✓ Pay cost of treatment
     ✓ Participate in anger management
___ (6) Participate in home confinement program for _____ with monitoring
         ___ Permitted to work, attend church, or other approved activities
         ___ Maintain telephone without special features; no cordless phone
         ___ Pay costs of electronic monitoring
___ (7) Placement in a Community Confinement Center for _____ (term)
___ (8) Defendant to be surrendered to BICE for deportation proceedings
         ___ If deported, defendant to remain outside the United States
___ (10) Mandatory drug testing waived
         ___ Probation officer may still administer drug test if deemed appropriate
✓ (11) Pay child support in amount ordered by social services or Court
___ (13) Serve intermittent confinement on weekends for a period of _____ DAYS
___ (14) No possession of pager, cellular telephone, or other handheld communication device
✓ (15) Defendant shall pay any balance owed on the S/A imposed by the Court
         ✓ Pay in installments of not less than $25 per month,
         to begin 30 (60) days after start of supervision until paid in full
___ (16) Waive all rights of confidentiality regarding mental health treatment
         (or other treatment) to allow release of information to Probation, etc.
___ (17) Commencing _____, and continuing for _____, defendant may
         operate a motor vehicle only for purposes of work and court, including travel to
         the Probation Office and alcohol treatment program
___ (18) Defendant to apply monies received from tax refunds, lottery winnings, and any
         anticipated or unexpected financial gains to the Court-ordered financial obligation

✓ (---) Other special conditions:

- the defendant shall not consume any alcohol
- continue to work on obtaining GED & must make satisfactory progress as determined by the probation officer
- the dft shall attend 90 meetings in 90 days at AA, NA or secular equivalent that is approved by the Court
- the defendant must obtain a sponsor that will notify the probation office that he is the sponsor